IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERESA CASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 20-567 |
| | ) |
| WENDY'S OF BOWLING GREEN, | ) |
| INC.; CARLISLE CORPORATION, | ) |
| et. al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTATION OF NOTICE OF REMOVAL**

Come now Defendants, Wendelta, Inc., incorrectly named as Carlisle Corporation, and Carlisle Corporation, and hereby file the attachments to the letter which was marked as Exhibit B-1 to the Notice of Removal filed on November 24, 2020. These attachments constituted medical records of the Plaintiff and have been redacted for any sensitive information, including Social Security numbers, dates of birth and account numbers.

/s/Winston R. Grow
WINSTON R. GROW (GROWW8522)
Attorney for Defendant Wendelta, Inc. and
Carlisle Corporation

CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP
P. O. Box 2906
Mobile, AL 36652
(251) 415-7300
(251) 415-7350 (Fax)
email: wrg@cabaniss.com

{M0309056.1}

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Kirby D. Farris, Esq.
kfarris@frplegal.com

Jessica M. Zorn, Esq.
jzorn@frplegal.com

I also placed a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Wendy's of Bowling Green, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

/s/Winston R. Grow