# MORRIS **BART**

**& ASSOCIATES, L.L.C.   ATTORNEYS AT LAW**
420 20ᵗʰ Street North
Suite 2750
Birmingham, AL 35203

*Morris Bart, LA
Davis Middlemas, AL
Dennis N. Thomson, AL, AR, LA
Susan Sanich, AL, MS
Melinda Parks, AL, MS
Ryan Canon, AL, MS
Zachary Lewis, AL
Matthew P. Burnick, AL
Lisa B. Walker, AL
John Paul Bruno, AL
Miranda Taylor, AL
Thomas Putnam, AL

Writer's Direct Dial: (205) 795-4745
Writer's Direct Facsimile: (205) 795-4795
E-mail: mtaylor@morrisbart.com

March 19, 2020

**Sent via USPS and faxed to (888) 325-8127**
Liberty Mutual Insurance and Helmsman Management Services
Commercial Insurance Claims
Agl South Team 3 - PLANO, TX

RE:   Our Client:      Theresa Castro
      Date of Loss:    June 20, 2019
      Claim No.:       ████████████

Dear Ciel Allen:

Please be advised that the above referenced claim is now in a position for a settlement discussion. As you know, our client was injured when she was leaving the restroom and fell on water on the floor at Wendy's in Mobile, Alabama.

Our client immediately sought treatment at Providence Hospital, and then was diagnosed with a fractured left wrist and partial tear of her left shoulder. An orthopedic surgeon performed surgery on September 27, 2019 to repair her wrist. She was ordered to attend physical therapy after recovering from her surgery, but was unable to do so. She is currently suffering severe pain on a daily basis as a result of the injuries sustained.

Our client will likely never return to the level of function she experienced before the fall.

ADMINISTRATOR
Mark Duhon

*not licensed to practice
in Alabama

Based upon the medical bills itemized below, the medical reports contained with this letter, the injuries sustained by our client, and the other factors surrounding this matter, it is our opinion that this case has a reasonable settlement value of $200,000.00 in order to conclude this matter on behalf of our client, Theresa Castro. Please review the enclosed settlement material and provide me with your written offer within ten (10) days.

| Provider | Amount |
| --- | --- |
| Providence Hospital | $1,895.01 |
| Mobile ER Physicians | $739.00 |
| Radiology Associates of Mobile | $78.00 |

New Orleans 504.525.8000     Baton Rouge 225.925.8000     Shreveport 318.222.9000     Lafayette 337.233.4200     Monroe 318.807.1000     Alexandria 318.561.7700

Lake Charles 337.177.4600     Gulfport 228.432.9000     Pascagoula 226.762.4700     Hattiesburg 601.583.8000     Mobile 251.433.2210

Birmingham 205.251.0700     Huntsville 256.539.8500     Montgomery 334.834.1800     Little Rock 501.376.9000     Texarkana 870.772.1660     Toll Free 1.800.876.2244

www.morrisbart.com

**EXHIBIT "1"**

| AOC Mobile | $12,935.00 |
| Mobile Open MRI | $1,320.00 |
| Orthopaedic Center Springhill | $3,820.95 |
| Coastal Anesthesia PC | $1,550.00 |
| Gulf Coast Surgical Partners, LLC | $12,937.00 |
| **Total Specials** | **$35,274.96** |

With kindest regards, I am

Sincerely,

Miranda Taylor

MTAY/mtay
Enclosures

# ACSMED

## Patch 2









0A084200004

# PROVIDENCE HOSPITAL

PROVIDENCE HOSPITAL
MOBILE, ALABAMA
251-633-1000

PAGE NO. 1

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CYCLE | 06/24/19 | | | | | | | | |

| D | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | CASTRO ,THERESA | ██████ | F | 55 | 06/20/19 | | |

GUARANTOR NAME AND ADDRESS:
THERESA CASTRO
9085 HOWELLS FERRY RD
SEMMES AL 36575

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|
| MEDICAID OP | 30 | 5███████ |

BOYD, BEVERLY E    MD

AMOUNT OF PAYMENT: 0

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/20 | 001HAND,MIN 3VIEW | 4210178 | 388.00 | 388.00 | | | | |
| 06/20 | 001WRIST,MIN3VIEW | 4210465 | 428.00 | 428.00 | | | | |
| 06/20 | 001FAST TRK LVL 3 | 3780104 | 892.00 | 892.00 | | | | |
| 06/20 | 001CAST/SPLINT | 3782029 | 187.00 | 187.00 | | | | |
| 06/20 | 001CERT ER | 3782373 | .01 | .01 | | | | |
| | BALANCE FORWARD | | 0.00 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | EMERGENCY ROOM | | 1079.01 | 1079.01 | | | | |
| | X-RAY DIAG | | 816.00 | 816.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 1895.01 | 1895.01 | | | | |
| | T O T A L S | | 1895.01 | 1895.01 | | | | |

PAY THIS AMOUNT    0.00

PROVIDENCE HOSPITAL
MOBILE, ALABAMA

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

0A084200004

PROVIDENCE HOSPITAL
MOBILE, ALABAMA

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL | | | | | | | PAGE NO. 1 |
|---|---|---|---|---|---|---|---|---|---|
| CYCLE TWO | 06/24/19 | | | | | | | | HOSP. NO. 01003 |

| D | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|---|
| | | CASTRO , THERESA | | F | 55 | 06/20/19 | | | |

GUARANTOR NAME AND ADDRESS

THERESA CASTRO
9085 HOWELLS FERRY RD
SEMMES AL 36575

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|
| MEDICAID OP | 30 | |

BOYD, BEVERLY E   MD

AMOUNT OF PAYMENT   0

## SUMMARY OF CURRENT CHARGES

| DATE OF SERVICE | DESCRIPTION BY SERVICE CODE | TOTAL CHARGES 01 | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | EMERGENCY ROOM | 1895.01 | 1079.01 | | | | |
| | X-RAY DIAG | 816.00 | 816.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | 1895.01 | 1895.01 | | | | |
| | DIAGNOSIS: | 852.599G | | | | | |
| | | M25.532 | | | | | |
| | T O T A L S | 1895.01 | 1895.01 | | | | |

PROVIDENCE HOSPITAL
MOBILE, ALABAMA

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

**Providence Hospital**
6801 Airport Blvd.
Mobile, AL 36608-

| | | | | | |
|---|---|---|---|---|---|
| Patient: | CASTRO, THERESA | | | | |
| MRN: | | | Admit: | 6/20/2019 | |
| FIN: | | | Disch: | 6/21/2019 | |
| DOB/Age/Sex: | 55 years | Female | Admitting: | Champion PA-C, Angela R | |
| Location: | GCPM ED; MC1; 0 | | Copy To: | Patton, Stefayne | |

### *Emergency Documentation*

| | |
|---|---|
| Document Type: | ED Clinical Summary |
| Service Date/Time: | 6/21/2019 00:46 CDT |
| Result Status: | Modified |
| Document Subject: | ED Clinical Summary |
| Sign Information: | Jemison RN,Jessica Danielle (6/21/2019 00:46 CDT); |
| | Champion PA-C,Angela R (6/21/2019 00:43 CDT) |

ED Clinical Summary

# Providence Mobile Emergency Department

## Providence Mobile Hospital

## 6801 Airport Blvd., Mobile, AL 36608

## (251) 266-1900

## Discharge Instructions (Patient)

**Name:** CASTRO, THERESA **Current Date:** 6/21/2019 00:46:49 America/Chicago

**DOB:** **MRN:** **FIN:**

**Diagnosis:** Closed fracture of distal end of radius with delayed healing Closed fracture of distal end of radius with delayed healing

**Visit Date:** 6/20/2019 22:59:55 America/Chicago

**Address:** 9085 HOWELLS FERRY RD SEMMES AL 36575

**Phone:**

**Primary Care Provider:**

**Name:**

**Phone:**

**Emergency Department Providers:**

## Providence Hospital

| | | | |
|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | |
| MRN: | | Admit: | 6/20/2019 |
| FIN: | ▮▮▮▮▮ | Disch: | 6/21/2019 |
| DOB/Age/Sex: | ▮▮▮▮▮ 55 years | Female | Admitting: Champion PA-C,Angela R |

*Emergency Documentation*

Name: Champion PA-C, Angela R

Providence Mobile would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness. Please return to the Emergency Department if you experience worsening symptoms, increased pain or change in condition.

**Comment:**

CASTRO, THERESA has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| James Rachel | 6144 Airport Blvd. Mobile, AL 36689 (251) 476-5050 Business (1) | Within 1 to 2 days |

**Patient Education Materials:**

Radial Fracture; Opioid Education – Ascension (Custom)

# Radial Fracture

A radial fracture is a break in the radius bone, which is the long bone of the forearm that is on the same side as your thumb. Your forearm is the part of your arm that is between your elbow and your wrist. It is made up of two bones: the radius and the ulna.

Most radial fractures occur near the wrist (*distal radial fracture*) or near the elbow (*radial head fracture*). A distal radial fracture is the most common type of broken arm. This fracture usually occurs about an inch above the wrist. Fractures of the middle part of the bone are less common.

0A084200004

# The photos following this sheet were
# Received in black and white

**Providence Hospital**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | | |
| MRN: | | | Admit: | 6/20/2019 |
| FIN: | | | Disch: | 6/21/2019 |
| DOB/Age/Sex: | 55 years | Female | Admitting: | Champion PA-C,Angela R |

### *Emergency Documentation*



## CAUSES

Falling with your arm outstretched is the most common cause of a radial fracture. Other causes include:

- Car accidents.
- Bike accidents.
- A direct blow to the middle part of the radius.

## RISK FACTORS

- You may be at greater risk for a distal radial fracture if you are 60 years of age or older.
- You may be at greater risk for a radial head fracture if you are:
  - Female.
  - 30–40 years old.
- You may be at a greater risk for all types of radial fractures if you have a condition that causes your bones to be weak or thin (*osteoporosis*).

## SIGNS AND SYMPTOMS

A radial fracture causes pain immediately after the injury. Other signs and symptoms include:

- An abnormal bend or bump in your arm (*deformity*).
- Swelling.

**Providence Hospital**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | | |
| MRN: | | | Admit: | 6/20/2019 |
| FIN: | | | Disch: | 6/21/2019 |
| DOB/Age/Sex: | 55 years | Female | Admitting: | Champion PA-C,Angela R |

---
***Emergency Documentation***
---

- Bruising.
- Numbness or tingling.
- Tenderness.
- Limited movement.

# DIAGNOSIS

Your health care provider may diagnose a radial fracture based on:

- Your symptoms.
- Your medical history, including any recent injury.
- A physical exam. Your health care provider will look for any deformity and feel for tenderness over the break. Your health care provider will also check whether the bone is out of place.
- An X-ray exam to confirm the diagnosis and learn more about the type of fracture.

# TREATMENT

The goals of treatment are to get the bone in proper position for healing and to keep it from moving so it will heal over time. Your treatment will depend on many factors, especially the type of fracture that you have.

- If the fractured bone:
  - Is in the correct position (*nondisplaced*), you may only need to wear a cast or a splint.
  - Has a slightly displaced fracture, you may need to have the bones moved back into place manually (*closed reduction*) before the splint or cast is put on.
- You may have a temporary splint before you have a plaster cast. The splint allows room for some swelling. After a few days, a cast can replace the splint.
  - You may have to wear the cast for about 6 weeks or as directed by your health care provider.
  - The cast may be changed after about 3 weeks or as directed by your health care provider.
- After your cast is taken off, you may need physical therapy to regain full movement in your wrist or elbow.
- You may need emergency surgery if you have:
  - A fractured bone that is out of position (*displaced*).
  - A fracture with multiple fragments (*comminuted fracture*).
  - A fracture that breaks the skin (*open fracture*). This type of fracture may require surgical wires, plates, or screws to hold the bone in place.
- You may have X-rays every couple of weeks to check on your healing.

# HOME CARE INSTRUCTIONS

- Keep the injured arm above the level of your heart while you are sitting or lying down. This helps to reduce swelling and pain.
- Apply ice to the injured area:

---

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex: ▮▮▮▮ 55 years    Female

Admit:    6/20/2019
Disch:    6/21/2019
Admitting:   Champion PA-C,Angela R

### *Emergency Documentation*

- ◦ Put ice in a plastic bag.
- ◦ Place a towel between your skin and the bag.
- ◦ Leave the ice on for 20 minutes, 2–3 times per day.
- Move your fingers often to avoid stiffness and to minimize swelling.
- If you have a plaster or fiberglass cast:
  - ◦ **Do not** try to scratch the skin under the cast using sharp or pointed objects.
  - ◦ Check the skin around the cast every day. You may put lotion on any red or sore areas.
  - ◦ Keep your cast dry and clean.
- If you have a plaster splint:
  - ◦ Wear the splint as directed.
  - ◦ Loosen the elastic around the splint if your fingers become numb and tingle, or if they turn cold and blue.
- **Do not** put pressure on any part of your cast until it is fully hardened. Rest your cast only on a pillow for the first 24 hours.
- Protect your cast or splint while bathing or showering, as directed by your health care provider. **Do not put your cast or splint into water.**
- Take medicines only as directed by your health care provider.
- Return to activities, such as sports, as directed by your health care provider. Ask your health care provider what activities are safe for you.
- Keep all follow-up visits as directed by your health care provider. This is important.

## SEEK MEDICAL CARE IF:

- Your pain medicine is not helping.
- Your cast gets damaged or it breaks.
- Your cast becomes loose.
- Your cast gets wet.
- You have more severe pain or swelling than you did before the cast.
- You have severe pain when stretching your fingers.
- You continue to have pain or stiffness in your elbow or your wrist after your cast is taken off.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You cannot move your fingers.
- You lose feeling in your fingers or your hand.
- Your hand or your fingers turn cold and pale or blue.
- You notice a bad smell coming from your cast.
- You have drainage from underneath your cast.

## Providence Hospital

| | |
|---|---|
| Patient Name: **CASTRO, THERESA** | |
| MRN: | Admit: 6/20/2019 |
| FIN: | Disch: 6/21/2019 |
| DOB/Age/Sex: 55 years    Female | Admitting: Champion PA-C, Angela R |

| *Emergency Documentation* |
|---|

- You have new stains from blood or drainage seeping through your cast.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 05/31/2007 Document Revised: 04/10/2017 Document Reviewed: 08/12/2015
Elsevier Interactive Patient Education ©2017 Elsevier Inc.

 **Pain Medicine Prescriptions**

### Storing pain medicine safely
- Pain medicine need to be stored safely. This helps protect anyone else from accidentally taking the medicine. It also helps prevent theft and misuse of the medicine. If possible, store the medicine in a locked container or cupboard that others cannot get to. Store the medicines in a cool dry place. Do not store it in a damp place, such as a bathroom. Always put the medicine back in its secure place after each use.

### How to dispose of pain medicine
- Dispose of unused or expired pain medicine in a safe way. This is to prevent harm to yourself and other people. Do not save your medicine or give it to other people for any reason. Even a single dose of pain medicine can lead to death if it is used by someone else. To dispose of your medicine safely:
  - Ask your local retail pharmacy about any local take-back program or mail-back program using a special envelope
  - Find an authorized collector by calling 1-800-882-9539 (Monday through Friday, 8:00am to 5:55pm, Eastern Time)
- Review recommendations on the FDA site:
  https://www.fda.gov/consumers/consumer-updates/where-and-how-dispose-unused-medicines

## Prescriptions:

| | Fill These Prescriptions | Your Prescription Was: |
|---|---|---|
| 1. | **HYDROcodone-acetaminophen (Norco 7.5 mg-325 mg oral tablet)** 1 tabs Oral every 6 hours as needed for pain | Prescription Printed |

♦ If you have questions about these medications ask your pharmacist.

## Providence Hospital

**Patient Name:** **CASTRO, THERESA**
**MRN:**
**FIN:**
**DOB/Age/Sex:** ▓▓▓▓▓   55 years      Female

**Admit:** 6/20/2019
**Disch:** 6/21/2019
**Admitting:** Champion PA-C, Angela R

| *Emergency Documentation* |
| --- |

**Allergy Info:** No Known Allergies

**Medication Information:**

Providence Mobile Emergency Department Physicians provided you with a complete list of medications post discharge. If you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**Unless otherwise noted, patient will continue to take medications as prescribed prior to the Emergency Room visit.**

**Medication List:**

Printed Prescriptions

HYDROcodone-acetaminophen (Norco 7.5 mg-325 mg oral tablet)
1 Tabs Oral every 6 hours as needed as needed for pain. Refills: 0.

**Immunizations:**
Immunizations
No Immunizations Documented This Visit

**Vitals Information:**

| Vital Sign | Latest |
| --- | --- |
| Temp Oral | |

## Providence Hospital

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | | Admit: | 6/20/2019 |
| MRN: | | | | Disch: | 6/21/2019 |
| FIN: | | | | Admitting: | Champion PA-C, Angela R |
| DOB/Age/Sex: | | 55 years | Female | | |

### *Emergency Documentation*

Temp Axillary
Temp Rectal
O2 Sat                        99 %
Respiratory Rate
Peripheral Pulse Rate
Blood Pressure               / 71 mmHg

**Major Tests and Procedures:**

The following tests and procedures were performed and resulted during your ED visit.


The following tests and procedures were performed and are pending at time of discharge:


**Comment:**

I, CASTRO, THERESA, have been given the following list of patient education materials, prescriptions, and follow up instructions and have verbalized understanding:

Radial Fracture; Opioid Education - Ascension (Custom)


| **With:** | **Address:** | **When:** |
|---|---|---|
| James Rachel | 6144 Airport Blvd. Mobile, AL 36689 (251) 476-5050 Business (1) | Within 1 to 2 days |


Patient Signature 6/21/2019 00:46:49  Provider Signature 6/21/2019 00:46:49

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:          55 years          Female

Admit:    6/20/2019
Disch:    6/21/2019
Admitting:  Champion PA-C, Angela R

## *Emergency Documentation*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

ED Note-Physician
6/21/2019 00:36 CDT
Auth (Verified)
Wrist Injury - Minor
Boyd MD, Beverly E (6/21/2019 00:46 CDT); Champion PA-C,
Angela R (6/21/2019 00:43 CDT)

### Wrist Injury - Minor

Patient: CASTRO, THERESA     MRN:          FIN:
Age: 55 years   Sex: Female   DOB:
Associated Diagnoses:  Closed fracture of distal end of radius with delayed healing
Author:  Champion PA-C, Angela R

**Basic Information**
   Additional Information: Chief Complaint from Nursing Triage Note : Chief Complaint
      6/20/2019 23:23 CDT     Chief Complaint        PT STATES GLF AT WENDY'S. PT WITH LT HAND/WRIST PAIN. REDNESS AND
         SWELLING NOTICED. PMS INTACT WITH DECREASED GRIP STRENGHT. .

**History of Present Illness**
   The patient presents with left, hand pain, hand swelling, wrist pain, wrist swelling.  The onset was just prior to arrival.  The course/duration of symptoms is
constant.  Type of injury: fall.  The location where the incident occurred was Wendy's.  Location: Left wrist. The character of symptoms is pain and swelling.
The degree of pain is moderate.  The degree of swelling is moderate.  The exacerbating factor is movement.  The relieving factor is none.  Risk factors consist
of none.  The patient's dominant hand is the right hand.  Prior episodes: none.  Therapy today: none.  Associated symptoms: none.

**Review of Systems**
      Constitutional symptoms:  Negative except as documented in HPI.
      Skin symptoms:  Negative except as documented in HPI.
      ENMT symptoms:  Negative except as documented in HPI.
      Respiratory symptoms:  Negative except as documented in HPI.
      Cardiovascular symptoms:  Negative except as documented in HPI.
      Gastrointestinal symptoms:  Negative except as documented in HPI.
      Musculoskeletal symptoms:  Negative except as documented in HPI.
      Neurologic symptoms:  Negative except as documented in HPI.
      Psychiatric symptoms:  Negative except as documented in HPI.
      Allergy/Immunologic symptoms:  Negative except as documented in HPI.
      Additional review of systems information: All other systems reviewed and otherwise negative.

**Health Status**
   Allergies: Include allergy profile
      Allergic Reactions (Selected)
         No Known Allergies.

**Past Medical/ Family/ Social History**
   Surgical history:
      No active procedure history items have been selected or recorded..
   Family history:
      No family history items have been selected or recorded..
   Social history: Include Social Hx
   No qualifying data available..

**Physical Examination**

## Providence Hospital

Patient Name: **CASTRO, THERESA**

| | | | | | |
|---|---|---|---|---|---|
| MRN: | | | Admit: | 6/20/2019 | |
| FIN: | | | Disch: | 6/21/2019 | |
| DOB/Age/Sex: | 55 years | Female | Admitting: | Champion PA-C,Angela R | |

---

### *Emergency Documentation*

Vital Signs
   Measurements

| 6/20/2019 23:23 CDT | Height/Length Measured | 157 cm |
|---|---|---|
| | Weight Dosing | 68 kg |

Oxygen saturation.
   General: Alert, no acute distress.
   Skin: Warm, dry.
   Head: Normocephalic, atraumatic.
   Neck: Supple, no tenderness.
   Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
   Ears, nose, mouth and throat: Tympanic membranes clear, oral mucosa moist.
   Cardiovascular: Regular rate and rhythm, No murmur.
   Respiratory: Lungs are clear to auscultation, respirations are non-labored.
   Musculoskeletal: moderate diffuse TTP with ecchymosis and swelling L hand and wrist.
Chest wall
   Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
   Neurological: Alert and oriented to person, place, time, and situation.
   Lymphatics: No lymphadenopathy.
   Psychiatric: Cooperative.

Medical Decision Making
   Wrist x-ray findings: fx distal radius.

Procedure
   Fracture/ Dislocation Procedure
      Time: 6/21/2019 00:40:00 .
      Confirmed: Patient, procedure, side, and site correct.
      Consent: Patient.
      Indication: Fracture.
      Location: L distal radius.
      Pre procedure exam: Circulation, motor, and sensory intact.
      Post-procedure exam: Circulation, motor, and sensory intact.
      Immobilization: Sling, Splint: sugar-tong.
      Patient tolerated: Well.
      Complications: None.
      Performed by: Self.
      Total time: 30 minutes.

Impression and Plan
   Closed fracture of distal end of radius with delayed healing (ICD10-CM S52.509G, Discharge, Medical)
   Plan
      Condition: Improved,
      Disposition: Medically cleared, Discharged: Time  6/21/2019 00:42:00, to home.
      Prescriptions: Launch Meds Rec/Prescriptions
      Pharmacy:
         Norco 7.5 mg-325 mg oral tablet (Prescribe): 1 tabs, Oral, q6hr, PRN: as needed for pain, 10 tabs, 0 Refill(s).
      Patient was given the following educational materials: Opioid Education - Ascension (Custom), Radial Fracture.
      Follow up with: James Rachel Within 1 to 2 days.
      Counseled: Patient, Regarding treatment plan, Patient indicated understanding of instructions.
      Disposition Order:: A Discharge order was placed on the patient(6/21/2019 00:43:18 CDT).
      Notes: I was available but did not consult on this patient. I have reviewed the chart and agree with the documentation as recorded by the APC,
         including the assessment, treatment plan, and disposition., This is a certified medical emergency..

---

0A084200004

# The photos following this sheet were
# Received in black and white

Patient Name:  **CASTRO, THERESA**
MRN:
FIN:                    ▮▮▮▮▮    55 years        Female
DOB/Age/Sex:  ▮▮▮▮▮

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C, Angela R

| *Emergency Documentation* |
| --- |

## Patient Education Materials:

Radial Fracture; Opioid Education – Ascension (Custom)

# Radial Fracture

A radial fracture is a break in the radius bone, which is the long bone of the forearm that is on the same side as your thumb. Your forearm is the part of your arm that is between your elbow and your wrist. It is made up of two bones: the radius and the ulna.

Most radial fractures occur near the wrist (*distal radial fracture*) or near the elbow (*radial head fracture*). A distal radial fracture is the most common type of broken arm. This fracture usually occurs about an inch above the wrist. Fractures of the middle part of the bone are less common.



## CAUSES

Falling with your arm outstretched is the most common cause of a radial fracture. Other causes include:

- Car accidents.
- Bike accidents.
- A direct blow to the middle part of the radius.

## RISK FACTORS

**Providence Hospital**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | | |
| MRN: | | | Admit: | 6/20/2019 |
| FIN: | | | Disch: | 6/21/2019 |
| DOB/Age/Sex: | ▮▮▮▮ 55 years | Female | Admitting: | Champion PA-C,Angela R |

---

### *Emergency Documentation*

- You may be at greater risk for a distal radial fracture if you are 60 years of age or older.
- You may be at greater risk for a radial head fracture if you are:
  - Female.
  - 30–40 years old.
- You may be at a greater risk for all types of radial fractures if you have a condition that causes your bones to be weak or thin (*osteoporosis*).

## SIGNS AND SYMPTOMS

A radial fracture causes pain immediately after the injury. Other signs and symptoms include:

- An abnormal bend or bump in your arm (*deformity*).
- Swelling.
- Bruising.
- Numbness or tingling.
- Tenderness.
- Limited movement.

## DIAGNOSIS

Your health care provider may diagnose a radial fracture based on:

- Your symptoms.
- Your medical history, including any recent injury.
- A physical exam. Your health care provider will look for any deformity and feel for tenderness over the break. Your health care provider will also check whether the bone is out of place.
- An X-ray exam to confirm the diagnosis and learn more about the type of fracture.

## TREATMENT

The goals of treatment are to get the bone in proper position for healing and to keep it from moving so it will heal over time. Your treatment will depend on many factors, especially the type of fracture that you have.

- If the fractured bone:
  - Is in the correct position (*nondisplaced*), you may only need to wear a cast or a splint.
  - Has a slightly displaced fracture, you may need to have the bones moved back into place manually (*closed reduction*) before the splint or cast is put on.
- You may have a temporary splint before you have a plaster cast. The splint allows room for some swelling. After a few days, a cast can replace the splint.
  - You may have to wear the cast for about 6 weeks or as directed by your health care provider.
  - The cast may be changed after about 3 weeks or as directed by your health care provider.
- After your cast is taken off, you may need physical therapy to regain full movement in your wrist or elbow.

---

Providence Hospital

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **CASTRO, THERESA** | | | Admit: | 6/20/2019 |
| MRN: | | | | Disch: | 6/21/2019 |
| FIN: | | | | Admitting: | Champion PA-C,Angela R |
| DOB/Age/Sex: | | 55 years | Female | | |

## *Emergency Documentation*

- You may need emergency surgery if you have:
  - A fractured bone that is out of position (*displaced*).
  - A fracture with multiple fragments (*comminuted fracture*).
  - A fracture that breaks the skin (*open fracture*). This type of fracture may require surgical wires, plates, or screws to hold the bone in place.
- You may have X-rays every couple of weeks to check on your healing.

# HOME CARE INSTRUCTIONS

- Keep the injured arm above the level of your heart while you are sitting or lying down. This helps to reduce swelling and pain.
- Apply ice to the injured area:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Move your fingers often to avoid stiffness and to minimize swelling.
- If you have a plaster or fiberglass cast:
  - **Do not try to scratch the skin under the cast using sharp or pointed objects.**
  - Check the skin around the cast every day. You may put lotion on any red or sore areas.
  - Keep your cast dry and clean.
- If you have a plaster splint:
  - Wear the splint as directed.
  - Loosen the elastic around the splint if your fingers become numb and tingle, or if they turn cold and blue.
- **Do not put pressure on any part of your cast until it is fully hardened.** Rest your cast only on a pillow for the first 24 hours.
- Protect your cast or splint while bathing or showering, as directed by your health care provider. **Do not put your cast or splint into water.**
- Take medicines only as directed by your health care provider.
- Return to activities, such as sports, as directed by your health care provider. Ask your health care provider what activities are safe for you.
- Keep all follow-up visits as directed by your health care provider. This is important.

# SEEK MEDICAL CARE IF:

- Your pain medicine is not helping.
- Your cast gets damaged or it breaks.
- Your cast becomes loose.

Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex: ▓▓▓▓▓   55 years   Female

Admit:    6/20/2019
Disch:    6/21/2019
Admitting:  Champion PA-C,Angela R

| *Emergency Documentation* |
| --- |

- Your cast gets wet.
- You have more severe pain or swelling than you did before the cast.
- You have severe pain when stretching your fingers.
- You continue to have pain or stiffness in your elbow or your wrist after your cast is taken off.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You cannot move your fingers.
- You lose feeling in your fingers or your hand.
- Your hand or your fingers turn cold and pale or blue.
- You notice a bad smell coming from your cast.
- You have drainage from underneath your cast.
- You have new stains from blood or drainage seeping through your cast.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 05/31/2007 Document Revised: 04/10/2017 Document Reviewed: 06/12/2015
Elsevier Interactive Patient Education ©2017 Elsevier Inc.

 **SCENSION**   # Pain Medicine Prescriptions

### Storing pain medicine safely
- Pain medicine need to be stored safely. This helps protect anyone else from accidentally taking the medicine. It also helps prevent theft and misuse of the medicine. If possible, store the medicine in a locked container or cupboard that others cannot get to. Store the medicines in a cool dry place. Do not store it in a damp place, such as a bathroom. Always put the medicine back in its secure place after each use.

### How to dispose of pain medicine
- Dispose of unused or expired pain medicine in a safe way. This is to prevent harm to yourself and other people. Do not save your medicine or give it to other people for any reason. Even a single dose of pain medicine can lead to death if it is used by someone else. To dispose of your medicine safely:
  - Ask your local retail pharmacy about any local take-back program or mail-back program using a special envelope
  - Find an authorized collector by calling 1-800-882-9539 (Monday through Friday, 8:00am to 5:55pm, Eastern Time)
- Review recommendations on the FDA site:
  https://www.fda.gov/consumers/consumer-updates/where-and-how-dispose-unused-medicines

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▇▇▇▇
DOB/Age/Sex: ▇▇▇▇ 55 years Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C,Angela R

***Emergency Documentation***

**Allergy Info:** No Known Allergies

**Medication Information:**

Providence Mobile Emergency Department Physicians provided you with a complete list of medications post discharge, if you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**Unless otherwise noted, patient will continue to take medications as prescribed prior to the Emergency Room visit.**

**Medication List:**

Printed Prescriptions

HYDROcodone-acetaminophen (Norco 7.5 mg-325 mg oral tablet)
1 Tabs Oral every 6 hours as needed as needed for pain. Refills: 0.

**Immunizations:**
Immunizations
No Immunizations Documented This Visit

**Vitals Information:**
**Vital Sign** **Latest**

11/25/2020 8:59:26 AM

## Providence Hospital

| | | |
|---|---|---|
| Patient Name: **CASTRO, THERESA** | | |
| MRN: | Admit: | 6/20/2019 |
| FIN: | Disch: | 6/21/2019 |
| DOB/Age/Sex:    55 years    Female | Admitting: | Champion PA-C,Angela R |

### *Emergency Documentation*

Temp Oral
Temp Axillary
Temp Rectal
O2 Sat                99 %
Respiratory Rate     18 br/min
Peripheral Pulse Rate    76 bpm
Blood Pressure       124 mmHg / 71 mmHg

## Major Tests and Procedures:

The following tests and procedures were performed and resulted during your ED visit.

The following tests and procedures were performed and are pending at time of discharge:

## Comment:

I, CASTRO, THERESA, have been given the following list of patient education materials, prescriptions, and follow up instructions and have verbalized understanding:

Radial Fracture; Opioid Education - Ascension (Custom)

| **With:** | **Address:** | **When:** |
|---|---|---|
| James Rachel | 6144 Airport Blvd. Mobile, AL 36689 <br> (251) 476-5050 Business (1) | Within 1 to 2 days |

# Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex: ▇▇▇▇▇ 55 years    Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

---

## *Emergency Documentation*

## Patient Signature 6/21/2019 00:46:57 Provider Signature 6/21/2019 00:46:57

---

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

ED Triage Note
6/20/2019 23:23 CDT
Auth (Verified)
ED Triage Part 1 - Adult
Glaude RN,Mark (6/20/2019 23:23 CDT)

ED Triage Part 1 - Adult Entered On: 6/20/2019 23:26 CDT
Performed On: 6/20/2019 23:23 CDT by Glaude RN, Mark

Infectious Disease Risk Screening
Recent Travel History : No recent travel

Glaude RN, Mark - 6/20/2019 23:23 CDT

ED Triage Part 1 - Adult
Chief Complaint : PT STATES GLF AT WENDY'S. PT WITH LT HAND/WRIST PAIN. REDNESS AND SWELLING
NOTICED. PMS INTACT WITH DECREASED GRIP STRENGHT.
Lynx Mode of Arrival : Walking
ED Allergies/Med Hx Section : Document assessment
Document Pain Assessment : Document Pain Assessment
Weight Dosing : 68 kg(Converted to: 149 lb 15 oz)
Height/Length Measured : 157 cm(Converted to: 5 ft 2 inch)

Glaude RN, Mark - 6/20/2019 23:23 CDT

DCP GENERIC CODE
Tracking Acuity : 4
Tracking Group : GCPM ED

Glaude RN, Mark - 6/20/2019 23:23 CDT

Hallucinations/Delusions : No
Assault/Homicidal Tendencies : No
Behavioral Health Concern : Document

Glaude RN, Mark - 6/20/2019 23:23 CDT
(As Of: 6/20/2019 23:26:38 CDT)

Diagnoses(Active)
Wrist Injury - Minor

Date: 6/20/2019 ; Diagnosis Type: Reason For Visit ;
Confirmation: Complaint of ; Clinical Dx: Wrist Injury - Minor ;
Classification: Medical ; Clinical Service: Emergency
medicine ; Code: PNED ; Probability: 0 ; Diagnosis Code:
67C6F94B-35DA-433B-961E-A5A4CBB740BE

Pain Assessment Tools Adult
Primary Pain Location : Wrist
Primary Pain Laterality : Left
Primary Pain Quality : Aching, Sharp, Tenderness, Throbbing

---

0A084200004

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:     55 years    Female

Admit:    6/20/2019
Disch:    6/21/2019
Admitting:   Champion PA-C, Angela R

### *Emergency Documentation*

Primary Pain Time Pattern : Constant
Primary Pain Radiation : No
Preferred Pain Tool : Numeric rating scale

Glaude RN, Mark - 6/20/2019 23:23 CDT

Allergies/Medications
Allergy Information : Reviewed and updated

Glaude RN, Mark - 6/20/2019 23:23 CDT
(As Of: 6/20/2019 23:26:38 CDT)

Allergies (Active)
No Known Allergies

Estimated Onset Date: Unspecified ; Created By: Glaude RN, Mark; Reaction Status: Active ; Category: Drug ; Substance: No Known Allergies ; Type: Allergy ; Updated By: Glaude RN, Mark; Reviewed Date: 6/20/2019 23:25 CDT

Medication List

(As Of: 6/20/2019 23:26:38 CDT)

CSSRS Screen
CSSRS Past Month Wish to be Dead : Past month, no
CSSRS Past Month Suicidal Thoughts : Past month, no
CSSRS Screen Suicide Behavior : Past month, no

Glaude RN, Mark - 6/20/2019 23:23 CDT

### *Discharge Documentation*

*** **Clinical Documentation Content on Following Page** ***

* Auth (Verified) *

I, CASTRO, THERESA, have been given the following list of patient education materials, prescriptions, and follow up instructions and have verbalized understanding:

Radial Fracture; Opioid Education - Ascension (Custom)

**With:**          **Address:**          **When:**

James Rachel      6144 Airport Blvd. Mobile, AL 36689   Within 1 to 2 days
                  (251) 476-5050 Business (1)

X _Theresa Castro_ _____

**Patient Signature 6/21/2019 00:43:42 Provider Signature 6/21/2019 00:43:42**

Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ████████
DOB/Age/Sex: ████████ 55 years     Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

---

### *Discharge Documentation*

Document Type:        ED Patient Education Note
Service Date/Time:    6/21/2019 00:47 CDT
Result Status:        Modified
Document Subject:     ED Patient Education Note
Sign Information:     Jemison RN,Jessica Danielle (6/21/2019 00:47 CDT);
                      Champion PA-C,Angela R (6/21/2019 00:43 CDT); Champion
                      PA-C,Angela R (6/21/2019 00:43 CDT)

**ED Patient Education Note**
**Education Material**



# Pain Medicine Prescriptions

**Storing pain medicine safely**
- Pain medicine need to be stored safely. This helps protect anyone else from accidentally taking the medicine. It also helps prevent theft and misuse of the medicine. If possible, store the medicine in a locked container or cupboard that others cannot get to. Store the medicines in a cool dry place. Do not store it in a damp place, such as a bathroom. Always put the medicine back in its secure place after each use.

**How to dispose of pain medicine**
- Dispose of unused or expired pain medicine in a safe way. This is to prevent harm to yourself and other people. Do not save your medicine or give it to other people for any reason. Even a single dose of pain medicine can lead to death if it is used by someone else. To dispose of your medicine safely:
  - Ask your local retail pharmacy about any local take-back program or mail-back program using a special envelope
  - Find an authorized collector by calling 1-800-882-9539 (Monday through Friday, 8:00am to 5:55pm, Eastern Time)
- Review recommendations on the FDA site:
  https://www.fda.gov/consumers/consumer-updates/where-and-how-dispose-unused-medicines

Orthopedics

# Radial Fracture

---

0A084200004

# The photos following this sheet were

# Received in black and white

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:     55 years     Female

Admit:     6/20/2019
Disch:     6/21/2019
Admitting:     Champion PA-C, Angela R

### *Discharge Documentation*

A radial fracture is a break in the radius bone, which is the long bone of the forearm that is on the same side as your thumb. Your forearm is the part of your arm that is between your elbow and your wrist. It is made up of two bones: the radius and the ulna.

Most radial fractures occur near the wrist (*distal radial fracture*) or near the elbow (*radial head fracture*). A distal radial fracture is the most common type of broken arm. This fracture usually occurs about an inch above the wrist. Fractures of the middle part of the bone are less common.



## CAUSES

Falling with your arm outstretched is the most common cause of a radial fracture. Other causes include:

- Car accidents.
- Bike accidents.
- A direct blow to the middle part of the radius.

## RISK FACTORS

- You may be at greater risk for a distal radial fracture if you are 60 years of age or older.
- You may be at greater risk for a radial head fracture if you are:
  - Female.
  - 30–40 years old.

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:                55 years        Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

## Discharge Documentation

- You may be at a greater risk for all types of radial fractures if you have a condition that causes your bones to be weak or thin (*osteoporosis*).

## SIGNS AND SYMPTOMS

A radial fracture causes pain immediately after the injury. Other signs and symptoms include:

- An abnormal bend or bump in your arm (*deformity*).
- Swelling.
- Bruising.
- Numbness or tingling.
- Tenderness.
- Limited movement.

## DIAGNOSIS

Your health care provider may diagnose a radial fracture based on:

- Your symptoms.
- Your medical history, including any recent injury.
- A physical exam. Your health care provider will look for any deformity and feel for tenderness over the break. Your health care provider will also check whether the bone is out of place.
- An X-ray exam to confirm the diagnosis and learn more about the type of fracture.

## TREATMENT

The goals of treatment are to get the bone in proper position for healing and to keep it from moving so it will heal over time. Your treatment will depend on many factors, especially the type of fracture that you have.

- If the fractured bone:
    ◦ Is in the correct position (*nondisplaced*), you may only need to wear a cast or a splint.
    ◦ Has a slightly displaced fracture, you may need to have the bones moved back into place manually (*closed reduction*) before the splint or cast is put on.
- You may have a temporary splint before you have a plaster cast. The splint allows room for some swelling. After a few days, a cast can replace the splint.
    ◦ You may have to wear the cast for about 6 weeks or as directed by your health care provider.
    ◦ The cast may be changed after about 3 weeks or as directed by your health care provider.
- After your cast is taken off, you may need physical therapy to regain full movement in your wrist or elbow.
- You may need emergency surgery if you have:
    ◦ A fractured bone that is out of position (*displaced*).
    ◦ A fracture with multiple fragments (*comminuted fracture*).

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:                                                    Admit:      6/20/2019
FIN:                                                      Disch:      6/21/2019
DOB/Age/Sex:          55 years     Female     Admitting: Champion PA-C,Angela R

---

### *Discharge Documentation*

- A fracture that breaks the skin (*open fracture*). This type of fracture may require surgical wires, plates, or screws to hold the bone in place.
- You may have X-rays every couple of weeks to check on your healing.

## HOME CARE INSTRUCTIONS

- Keep the injured arm above the level of your heart while you are sitting or lying down. This helps to reduce swelling and pain.
- Apply ice to the injured area:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Move your fingers often to avoid stiffness and to minimize swelling.
- If you have a plaster or fiberglass cast:
  - **Do not** try to scratch the skin under the cast using sharp or pointed objects.
  - Check the skin around the cast every day. You may put lotion on any red or sore areas.
  - Keep your cast dry and clean.
- If you have a plaster splint:
  - Wear the splint as directed.
  - Loosen the elastic around the splint if your fingers become numb and tingle, or if they turn cold and blue.
- **Do not** put pressure on any part of your cast until it is fully hardened. Rest your cast only on a pillow for the first 24 hours.
- Protect your cast or splint while bathing or showering, as directed by your health care provider. **Do not** put your cast or splint into water.
- Take medicines only as directed by your health care provider.
- Return to activities, such as sports, as directed by your health care provider. Ask your health care provider what activities are safe for you.
- Keep all follow-up visits as directed by your health care provider. This is important.

## SEEK MEDICAL CARE IF:

- Your pain medicine is not helping.
- Your cast gets damaged or it breaks.
- Your cast becomes loose.
- Your cast gets wet.
- You have more severe pain or swelling than you did before the cast.
- You have severe pain when stretching your fingers.

---

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ██████                              Admit:      6/20/2019
                                         Disch:      6/21/2019
DOB/Age/Sex: ██████  55 years  Female    Admitting:  Champion PA-C,Angela R

---

## *Discharge Documentation*

- You continue to have pain or stiffness in your elbow or your wrist after your cast is taken off.

# SEEK IMMEDIATE MEDICAL CARE IF:

- You cannot move your fingers.
- You lose feeling in your fingers or your hand.
- Your hand or your fingers turn cold and pale or blue.
- You notice a bad smell coming from your cast.
- You have drainage from underneath your cast.
- You have new stains from blood or drainage seeping through your cast.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 05/31/2007 Document Revised: 04/10/2017 Document Reviewed: 08/12/2015
Elsevier Interactive Patient Education ©2017 Elsevier Inc.

<u>Medication Leaflets</u>

---

## *Miscellaneous Patient Care*

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

---

Patient Name: CASTRO, THERESA                                                    MRN:
Date of Birth: '                                                                 FIN: 

\* Auth (Verified) \*

# CODING SUMMARY

Coding Date: 06/24/2019                                           Coding Status: Final

| Patient Name: | Birth Date: | Age: | Sex: | Patient Type: |
|---|---|---|---|---|
| CASTRO, THERESA | | 55 Years | Female | Emergency |
| Physician Name: | FIN: | | MRN: | Payer: |
| Bansal, Beverly B | | | | Medicaid |
| Facility: | Discharge Disposition: | | Admit Date: | Discharge Date: |
| Providence Hospital | 01-Home or Self Care | | 06/20/2019 | 06/21/2019 |

Grouper:

Diagnosis:

| Code | POA | Description | Type |
|---|---|---|---|
| M25.532 | | Pain in left wrist | Admit |
| S52.599G | | Other fractures of lower end of unspecified radius, subsequent encounter for closed fracture with delayed healing | Final |
| W19.XXXD | | Unspecified fall, subsequent encounter | Final |
| Y92.89 | | Other specified places as the place of occurrence of the external cause | Final |

Procedure:

NOTE: The code number assigned matches the documented diagnosis and/or procedure in the patient's chart. However, the narrative phrase printed from the coding software may appear abbreviated, or result in slightly different terminology.

Printed By: Nimma, Rajesheka R
Date Printed: 06/24/2019
Coded By: Nimma, Rajesheka R
Date Saved: 06/24/2019 05:00 am

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:           55 years      Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

---

| *Orders* |
|---|

### Patient Care

Order: **Discharge Patient**
Order Date/Time: 6/21/2019 00:43 CDT
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Discharge Orders
End-state Date/Time: 6/24/2019 01:01 CDT          End-state Reason:
Ordering Physician: Champion PA-C,Angela R          Consulting Physician:
Entered By: Champion PA-C,Angela R on 6/21/2019 00:43 CDT
Order Details: 6/21/19 1:43:18 AM EDT
Order Comment:

| Action Type: Discontinue | Action Date/Time: 6/24/2019 02:01 EDT | Action Personnel: SYSTEM,SYSTEM |
|---|---|---|
| Electronically Signed By: Champion PA-C,Angela R | Electronically Signed by Supervising Provider: | Communication Type: |
| Action Type: Order | Action Date/Time: 6/21/2019 00:43 CDT | Action Personnel: Champion PA-C, Angela R |
| Electronically Signed By: Champion PA-C,Angela R | Electronically Signed by Supervising Provider: | Communication Type: Written |

Order: **ED Assessment Adult**
Order Date/Time: 6/21/2019 00:26 EDT
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Rule
End-state Date/Time: 6/24/2019 01:01 CDT          End-state Reason:
Ordering Physician: SYSTEM,SYSTEM          Consulting Physician:
Entered By: SYSTEM,SYSTEM on 6/21/2019 00:26 EDT
Order Details: 6/21/19 12:26:39 AM EDT, Stop date 6/24/19 2:01:24 AM EDT
Order Comment: Order placed due to patient arrival to the Emergency Department

| Action Type: Discontinue | Action Date/Time: 6/24/2019 02:01 EDT | Action Personnel: SYSTEM,SYSTEM |
|---|---|---|
| Electronically Signed By: SYSTEM, SYSTEM | Electronically Signed by Supervising Provider: | Communication Type: |
| Action Type: Order | Action Date/Time: 6/21/2019 00:26 EDT | Action Personnel: SYSTEM,SYSTEM |
| Electronically Signed By: SYSTEM, SYSTEM | Electronically Signed by Supervising Provider: | Communication Type: Discern Expert |

---

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▇▇▇▇
DOB/Age/Sex: ▇▇▇▇   55 years   Female

Admit:   6/20/2019
Disch:   6/21/2019
Admitting:   Champion PA-C,Angela R

---

### Orders

---

#### Radiology

**Order: XR Hand Complete Left**
Order Date/Time: 6/20/2019 23:27 CDT
Order Status: Completed                 Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 6/21/2019 07:44 CDT                      End-state Reason:
Ordering Physician: Davis MD,Craig M                          Consulting Physician:
Entered By: Glaude RN,Mark on 6/20/2019 23:27 CDT
Order Details: 6/21/19 12:27:00 AM EDT, Stat, Stop date 6/21/19 8:44:01 AM EDT, Reason: Injury, hand
Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 6/21/2019 07:44 CDT | Action Personnel: Courtney MD,James V |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Status Change | Action Date/Time: 6/20/2019 23:57 CDT | Action Personnel: Howard,Kimberly B |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Status Change | Action Date/Time: 6/20/2019 23:57 CDT | Action Personnel: Howard,Kimberly B |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Order | Action Date/Time: 6/20/2019 23:27 CDT | Action Personnel: Glaude RN,Mark |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |

**Order: XR Wrist Complete Left**
Order Date/Time: 6/20/2019 23:27 CDT
Order Status: Completed                 Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 6/21/2019 07:42 CDT                      End-state Reason:
Ordering Physician: Davis MD,Craig M                          Consulting Physician:
Entered By: Glaude RN,Mark on 6/20/2019 23:27 CDT
Order Details: 6/21/19 12:27:00 AM EDT, Stat, Stop date 6/21/19 8:42:30 AM EDT, Reason: Swelling wrist
Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 6/21/2019 07:42 CDT | Action Personnel: Martindale MD,George H |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Status Change | Action Date/Time: 6/20/2019 23:57 CDT | Action Personnel: Howard,Kimberly B |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Status Change | Action Date/Time: 6/20/2019 23:57 CDT | Action Personnel: Howard,Kimberly B |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |
| Action Type: Order | Action Date/Time: 6/20/2019 23:27 CDT | Action Personnel: Glaude RN,Mark |
| Electronically Signed By: Davis MD,Craig M | Electronically Signed by Supervising Provider: | Communication Type: Verbal with Read Back |

---

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▆▆▆▆▆
DOB/Age/Sex: ▆▆▆▆▆  55 years   Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C,Angela R

## Orders - Medications

### Prescription

Order: **HYDROcodone-acetaminophen (Norco 7.5 mg-325 mg oral tablet)**
Order Date/Time: 6/21/2019 00:42 CDT
Order Status: Prescribed          Clinical Category: Medications          Medication Type: Prescription
Ordering Physician: Champion PA-C,Angela R          Consulting Physician:
Entered By: Champion PA-C,Angela R on 6/21/2019 00:42 CDT
Order Details: 1 tabs, Oral, q6hr, as needed for pain, # 10 tabs, 0 Refill(s)
Order Comment:
Action Type: Prescribe          Action Date/Time: 6/21/2019 00:42 CDT
Electronically Signed By: Champion PA-C,Angela R          Electronically Signed by Supervising Provider: Boyd MD, Beverly E

## Medication Reconciliation

No Reconciliation History

---

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ███████
DOB/Age/Sex: ███████ 55 years   Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C, Angela R

| Diagnostic Radiology |
|---|

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 34-XR-19-251313 | 6/20/2019 23:57 CDT | XR Wrist Complete Left | Davis MD, Craig M | 55 years |

**Reason for Exam**
(XR Wrist Complete Left) Swelling wrist

**Report**
XR Wrist Complete Left 6/20/2019 11:27 PM CDT

COMPARISON: No previous

INDICATIONS / HISTORY: Ground-level fall and pain

TECHNIQUE: 5 views

FINDINGS: There is a fracture of the volar aspect of the distal radius involving the epiphysis and the fracture fragment is ventrally displaced with subluxation of the carpal bones ventrally as well. This marked soft tissue swelling. The distal ulna is unremarkable. The carpal bones are within normal limits.

IMPRESSION:

1. Fracture of the volar lip of the distal radial epiphysis with volar subluxation of the carpal bones.

Electronically Signed By: George H Martindale, MD on 6/21/2019 7:39 AM CDT

***** Final *****

```
Dictated by:    Martindale MD, George
Dictated DT/TM: 06/21/2019 7:36 am
Signed by:    Martindale MD, George H
Signed (Electronic Signature):  06/21/2019 7:36 am
```

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 34-XR-19-251314 | 6/20/2019 23:57 CDT | XR Hand Complete Left | Davis MD, Craig M | 55 years |

**Reason for Exam**
(XR Hand Complete Left) Injury, hand

**Report**
XR Hand Complete Left

CLINICAL INDICATION: Fall with left hand pain

COMPARISON: None.

TECHNIQUE: three views. Laterality: Left.

FINDINGS:

# Providence Hospital

Patient Name:  **CASTRO, THERESA**
MRN:
FIN:  ▮▮▮▮▮▮
DOB/Age/Sex:  ▮▮▮▮  55 years    Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

## *Diagnostic Radiology*

**Report**

Bones:  No fracture is identified within the bones of the hand.  Evaluation of the proximal phalanges of the 3rd and 4th digits is limited due to metallic rings being present.  There is a cyst identified within the scaphoid waist.  There is a fracture of the anterior aspect of the radius identified on the lateral view which will be described on the radiographs of the wrist..
Joints: Arthritic changes identified involving the radiocarpal joint with joint space narrowing..
Soft Tissue: normal.
Other findings: No other significant findings.

IMPRESSION:

1. No evidence of fracture involving the bones of the hand.
2. Fracture of the radius which will be described on the wrist radiographs..

Electronically Signed By: James V Courtney, MD on 6/21/2019 7:40 AM CDT

***** Final *****

Dictated by:    Courtney MD, James V
Dictated DT/TM: 06/21/2019 7:38 am
Signed by:  Courtney MD, James V
Signed (Electronic Signature):  06/21/2019 7:38 am

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:     55 years    Female

Admit:    6/20/2019
Disch:    6/21/2019
Admitting:   Champion PA-C,Angela R

### *Assessment Forms*

Signed By:            Jemison RN,Jessica Danielle (6/21/2019 00:44 CDT)

Disposition Documentation Entered On: 6/21/2019 0:46 CDT
Performed On: 6/21/2019 0:44 CDT by Jemison RN, Jessica Danielle

Disposition Documentation
Patient Condition-Disposition : Satisfactory
ED Procedural Sedation : No
ED Restraint/Seclusion : No
ED Vital Sign documentation : Open vital signs documentation
Document Pain Assessment : Document Pain Assessment
ED Discharged to : Home with Self Care/Family
ED Other Charges : Standard ED Encounter
ED Discharge Documentation : Open Discharge Documentation

Jemison RN, Jessica Danielle - 6/21/2019 0:44 CDT

Vitals/Ht/Wt
Temperature Tympanic : 36.9 degC(Converted to: 98.4 degF)
Peripheral Pulse Rate : 76 bpm
Respiratory Rate : 18 br/min
Systolic/Diastolic BP : 124 mmHg
Systolic/Diastolic BP : 71 mmHg
SpO2 : 99 %
O2 Therapy : Room air

Jemison RN, Jessica Danielle - 6/21/2019 0:44 CDT

Pain Assessment Tools
Preferred Pain Tool : Numeric rating scale

Jemison RN, Jessica Danielle - 6/21/2019 0:44 CDT

Numeric/FACES Pain Scale
Numeric Pain Scale : 3
Numeric Pain Score : 3

Jemison RN, Jessica Danielle - 6/21/2019 0:44 CDT

Image 2 – Images currently included in the form version of this document have not been included in the text rendition version
of the form.
Discharge
Discharged to care of : Self
Mode of Discharge : Ambulatory
Discharge Transportation : Private vehicle
Individuals Taught : Patient
Teaching Method - ED : Written/printout
Barriers to Learning : None evident

Jemison RN, Jessica Danielle - 6/21/2019 0:44 CDT

## Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▒▒▒▒▒▒
DOB/Age/Sex: ▒▒▒▒▒▒ 55 years Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C,Angela R

---

### *Measurements*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

**Measurements**

| | | | |
|---|---|---|---|
| Recorded Date | 6/20/2019 | | |
| Recorded Time | 23:23 CDT | | |
| Recorded By | Glaude RN,Mark | | |
| Procedure | | Units | Reference Range |
| Height/Length Measured | 157 | cm | |
| Weight Dosing | 68 | kg | |

---

### *Vital Signs*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

**Vital Signs**

| | | | |
|---|---|---|---|
| Recorded Date | 6/21/2019 | | |
| Recorded Time | 00:44 CDT | | |
| Recorded By | Jemison RN,Jessica Danielle | | |
| Procedure | | Units | Reference Range |
| Temperature Tympanic | 36.9 | degC | [36.6-38.1] |
| Peripheral Pulse Rate | 76 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | 124 | mmHg | [90-140] |
| Diastolic Blood Pressure | 71 | mmHg | [60-90] |
| SpO2 | 99 | % | |

---

### *Pain*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

**Pain Tools**

| | | |
|---|---|---|
| Recorded Date | 6/21/2019 | 6/20/2019 |
| Recorded Time | 00:44 CDT | 23:23 CDT |
| Recorded By | Jemison RN,Jessica Danielle | Glaude RN,Mark |
| Procedure | | |
| Preferred Pain Tool | Numeric rating scale | Numeric rating scale |
| Numeric Pain Scale | 3 | -- |
| Numeric Pain Score | 3 | -- |

---

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▮▮▮▮▮▮
DOB/Age/Sex: ▮▮▮▮▮▮ 55 years    Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C,Angela R

---

## Pain

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### Primary Pain Assessment

| | |
|---|---|
| Recorded Date | 6/20/2019 |
| Recorded Time | 23:23 CDT |
| Recorded By | Glaude RN,Mark |
| Procedure | |
| Primary Pain Location | Wrist |
| Primary Pain Laterality | Left |
| Primary Pain Time Pattern | Constant |
| Primary Pain Quality | See Below T1 |
| Primary Pain Radiation | No |

Textual Results
T1:    6/20/2019 23:23 CDT (Primary Pain Quality)
       Aching, Sharp, Tenderness, Throbbing

---

## General

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### General

| | |
|---|---|
| Recorded Date | 6/20/2019 |
| Recorded Time | 23:23 CDT |
| Recorded By | Glaude RN,Mark |
| Procedure | |
| Allergy Information Status | Reviewed and updated |

---

## Respiratory

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### Oxygen Therapy & Oxygenation Information

| | | Units | Reference Range |
|---|---|---|---|
| Recorded Date | 6/21/2019 | | |
| Recorded Time | 00:44 CDT | | |
| Recorded By | Jemison RN,Jessica Danielle | | |
| Procedure | | | |
| Oxygen Therapy | Room air | | |

---

# Providence Hospital

Patient Name:  **CASTRO, THERESA**
MRN:
FIN:
DOB/Age/Sex:  ▓▓▓▓  55 years     Female

Admit:      6/20/2019
Disch:      6/21/2019
Admitting:  Champion PA-C,Angela R

## *ED Documentation*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### ED Teaching

Recorded Date       6/21/2019
Recorded Time       00:44 CDT
Recorded By   Jemison RN,Jessica Danielle
Procedure
Teaching Method -ED         Written/printout

## *Education*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### Patient and Family Education

Recorded Date       6/21/2019
Recorded Time       00:44 CDT
Recorded By   Jemison RN,Jessica Danielle
Procedure
Barriers to Learning        None evident
Individuals Taught          Patient

## *Admit/Transfer/Discharge Information*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

### Visit Information

Recorded Date       6/20/2019
Recorded Time       23:23 CDT
Recorded By   Glaude RN,Mark
Procedure
Chief Complaint         See Below T2
Lynx Mode of Arrival        Walking

Textual Results
T2:   6/20/2019 23:23 CDT (Chief Complaint)
      PT STATES GLF AT WENDY'S. PT WITH LT HAND/WRIST PAIN. REDNESS AND SWELLING NOTICED. PMS
      INTACT WITH DECREASED GRIP STRENGHT.

**Providence Hospital**

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▓▓▓▓▓▓
DOB/Age/Sex: ▓▓▓▓▓▓ 55 years　Female

Admit:　6/20/2019
Disch:　6/21/2019
Admitting:　Champion PA-C,Angela R

| *Admit/Transfer/Discharge Information* |
| --- |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

**Discharge Information**

| | |
| --- | --- |
| Recorded Date | 6/21/2019 |
| Recorded Time | 00:44 CDT |
| Recorded By | Jemison RN,Jessica Danielle |
| Procedure | |
| Mode of Discharge | Ambulatory |
| Discharge Transportation | Private vehicle |

# Providence Hospital

Patient Name: **CASTRO, THERESA**
MRN:
FIN: ▬▬▬▬
DOB/Age/Sex: ▬▬▬ 55 years  Female

Admit: 6/20/2019
Disch: 6/21/2019
Admitting: Champion PA-C,Angela R

## *Allergy List*

Substance: **No Known Allergies**
Recorded Date/Time
6/20/2019 23:25 CDT　　　　　Allergy Type: Allergy; Category Drug; Reaction Status: Active; Information Source: ;
Reviewed Date/Time: 6/21/2019 00:36 CDT; Reviewed By: Champion PA-C,Angela R

## *Clinical Diagnoses*

Diagnosis: **Closed fracture of distal end of radius with delayed healing** (Qualifier: )
Secondary Description:
**Last Reviewed Date:** 6/21/2019 01:42 EDT; Champion PA-   **Responsible Provider:** Champion PA-C,Angela R
C,Angela R
Diagnosis Date: 6/21/2019　　　　　　　　**Status: Active**
**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S52.509G (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Wrist Injury -Minor** (Qualifier: )
Secondary Description:
**Last Reviewed Date:** 6/21/2019 00:26 EDT; Glaude RN,Mark  **Responsible Provider:**
Diagnosis Date: 6/20/2019　　　　　　　　**Status: Active**
**Clinical Service:** Emergency medicine; **Classification:** Medical; **Confirmation:** Complaint of; **Code:**
67C6F94B-35DA-433B-961E-A5A4CBB740BE (PNED); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

## *Infusion Billing*

You do not have privileges to view this report.

# ACSMED

## Patch 2









0A084200004

# MOBILE EMERGENCY PHYSICIANS , LLC

# MOBILE EMERGENCY
# PHYSICIANS, LLC

*printed 09/11/2019 02:47 PM*

MOBILE EMERGENCY PHYSICIANS
LLC
PO BOX 23480
BELFAST, ME 04915-4485
*billing phone: (978) 235-6760*





| GUARANTOR NAME AND ADDRESS | PATIENT ID | PATIENT NAME |
| --- | --- | --- |
| THERESA CASTRO<br>9085 HOWELLS FERRY RD<br>SEMMES, AL 36575 | | THERESA CASTRO |
| | DOB | HOME TELEPHONE |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | (Adjud) | Plan | Supervising Provider | Prim Ins | Ins 2 | Patient |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Claim ID** | | | | | | | | | | | |
| 6380747 | 29125,LT | S52592A | 08/20/2019 | 08/20/2019 | CHARGE | 29125,LT | MEDICAID-AL (MEDICAID) | ANGELA BURCKHARTT | $234.00 | | |
| 6380747 | 29125,LT | S52592A | 08/20/2019 | 07/16/2019 | PAYMENT | ACH **********0947 | MEDICAID-AL (MEDICAID) | ANGELA BURCKHARTT | $-37.60 | | |
| 6380747 | 29125,LT | S52592A | 08/20/2019 | 07/16/2019 | ADJUSTMENT | CONTRACTUAL (18245) | MEDICAID-AL (MEDICAID) | ANGELA BURCKHARTT | $-196.40 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| **Claim ID** | | | | | | | | | | | |
| 6380749 | 99283,25 | S52592A, G8911 | 08/20/2019 | 08/20/2019 | CHARGE | 99283,25 | MEDICAID-AL (MEDICAID) | BEVERLY BOYD | $505.00 | | |
| 6380749 | 99283,25 | S52592A, G8911 | 08/20/2019 | 07/16/2019 | PAYMENT | ACH **********0947 | MEDICAID-AL (MEDICAID) | BEVERLY BOYD | $-42.00 | | |
| 6380749 | 99283,25 | S52592A, G8911 | 08/20/2019 | 07/16/2019 | ADJUSTMENT | CONTRACTUAL (18245) | MEDICAID-AL (MEDICAID) | BEVERLY BOYD | $-463.00 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | | **TOTAL CHARGE OUTSTANDING AS OF 09/11/2019** | | | $0.00 | $0.00 | $0.00 |

# ACSMED

## Patch 2









0A084200004

# RADIOLOGY

# ASSOCIATES OF

# MOBILE

0A084200004

RADIOLOGY ASSOCIATES OF MOBILE
P O BOX 91119
MOBILE AL 36691-1119
(251)544-1927

19-5236AL

Patient:
    Acct #: ███████
    CASTRO, THERESA
    9085 HOWELLS FERRY RD
    Semmes, AL 36575
    ████████

Responsible party:
    CASTRO, THERESA ████████
    9085 HOWELLS FERRY RD
    Semmes, AL 36575

| Srvc. Date Modifier(s) | Procedure Description Diagnosis Code(s) | Location | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 06/21/2019 26 LT | 73110 - WRIST COMPLETE 3 VIEW S52.592A | 70 - PI | $39.00 | $0.00 | MARTINDALE, GEORGE H |

Payment Information
    Insurance Payment (43 - AL MEDICAID): 07/16/2019 of $8.00    Adjustment: $31.00

| 06/21/2019 26 LT | 73130 - HAND MIN 3 VIEWS S69.92XA | 70 - PI | $39.00 | $0.00 | COURTNEY, JAMES V |
|---|---|---|---|---|---|

Payment Information
    Insurance Payment (43 - AL MEDICAID): 07/16/2019 of $8.00    Adjustment: $31.00

TOTAL BALANCE: $0.00
Print Date: 08/28/2019

Reproduced: Wednesday, August 28, 2019 09:11:43 AM (jgilmore)


This report has been Reproduced from the Original
Reproduced Wednesday, August, 28, 2019 09:11:43 AM (jgilmore)
Page 1 of 1

# ACSMED

## Patch 2









0A084200004

AOC



0A084200004

LP
3610 SPRINGHILL MEMORIAL DRIVE N

MOBILE AL 36608

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | | | PICA

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CASTRO THERESA

3. PATIENT'S BIRTH DATE | SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
LP/

5. PATIENT'S ADDRESS (No., Street)
9085 HOWELL FERRY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
9085 HOWELL FERRY RD

CITY
SEMMES | STATE AL

8. RESERVED FOR NUCC USE

CITY
SEMMES | STATE AL

ZIP CODE 36575 | TELEPHONE (Include Area Code)

ZIP CODE 36575 | TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☐

a. INSURED'S DATE OF BIRTH MM DD YY | SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☐ NO ☒ | PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
LP

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐ If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 7/18/2019

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL.

15. OTHER DATE QUAL. 439 | MM 06 DD 20 YY 2019

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN ANDRE J FONTANA MD

17a. G C75368
17b. NPI 1578563938

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒ | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. S63.522A | B. S43.52XA | C. | D.
E. | F. | G. | H.
I. | J. | K. | L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 07 16 19 | 07 16 19 | 11 | | L3908 | LT | AB | 62 00 | 1 | | ZZ NPI | 207X00000X 1578563938 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER | SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐

28. TOTAL CHARGE $ 62 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ANDRE J FONTANA MD
SIGNED 7/18/2019

32. SERVICE FACILITY LOCATION INFORMATION

a. | b.

33. BILLING PROVIDER INFO & PH # 251 410-3600
ALABAMA ORTHOPAEDIC CLINIC PC
3610 SPRINGHILL MEMORIAL DR N
MOBILE AL 366081162
a. 1306846654 | b.



DIRECT MAIL

0A084200004

LP
3610 SPRINGHILL MEMORIAL DRIVE N

MOBILE AL 36608

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02.12

PICA | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare) | (Medicaid) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**CASTRO THERESA**

3. PATIENT'S BIRTH DATE ▢▢ M▢ F
SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
LP/

5. PATIENT'S ADDRESS (No., Street)
**9085 HOWELL FERRY RD**

6. PATIENT RELATIONSHIP TO INSURED
Self ▢ Spouse ▢ Child ▢ Other ▢

7. INSURED'S ADDRESS (No., Street)
**9085 HOWELL FERRY RD**

CITY
**SEMMES**     STATE **AL**

8. RESERVED FOR NUCC USE

CITY
**SEMMES**     STATE **AL**

ZIP CODE **36575**
TELEPHONE (Include Area Code)

ZIP CODE **36575**
TELEPHONE (Include Area Code) **251**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
▢ YES  X NO

a. INSURED'S DATE OF BIRTH     SEX
M▢ F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
▢ YES  X NO     PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
▢ YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
LP

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
▢ YES  X NO     If yes, complete items 9, 9a, and 9d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**     DATE **7/18/2019**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
QUAL. **439**     15. OTHER DATE QUAL.     MM **06** DD **21** YY **2019**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM     TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN ANDRE J FONTANA MD**

17a. LG **C75368**
17b. NPI **1578563938**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM     TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?     $ CHARGES
▢ YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)     ICD Ind. **0**

A. **S63.522A**   B. **S43.52XA**   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 07 | 16 | 19 | 07 | 16 | 19 | 11 | | 99213 | | AB | 156 00 | 1 | | ZZ | 207X00000X |
| | | | | | | | | | | | | | | NPI | 1578563938 |
| 07 | 16 | 19 | 07 | 16 | 19 | 11 | | 73110 | LT | A | 174 00 | 1 | | ZZ | 207X00000X |
| | | | | | | | | | | | | | | NPI | 1578563938 |
| 07 | 16 | 19 | 07 | 16 | 19 | 11 | | 73030 | LT | B | 171 00 | 1 | | ZZ | 207X00000X |
| | | | | | | | | | | | | | | NPI | 1578563938 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER     SSN ▢ EIN X

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
X YES ▢ NO

28. TOTAL CHARGE
$ **501 00**

29. AMOUNT PAID
$ **0 00**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**ANDRE J FONTANA MD**
SIGNED **7/18/2019**

32. SERVICE FACILITY LOCATION INFORMATION
**AOC MAIN OFFICE**
**3610 SPRINGHILL MEMORIAL DRI**
**MOBILE AL 366081162**

33. BILLING PROVIDER INFO & PH # **251 410-3600**
**ALABAMA ORTHOPAEDIC CLINIC PC**
**3610 SPRINGHILL MEMORIAL DR N**
**MOBILE AL 366081162**
**1306846654**

DIRECT MAIL



0A084200004

LP
3610 SPRINGHILL MEMORIAL DRIVE N

MOBILE AL 36608

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER
PATIENT AND INSURED INFORMATION
PHYSICIAN OR SUPPLIER INFORMATION

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CASTRO THERESA

3. PATIENT'S BIRTH DATE | SEX F ☐ M ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
LP/

5. PATIENT'S ADDRESS (No., Street)
9085 HOWELL FERRY RD

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
9085 HOWELL FERRY RD

CITY SEMMES | STATE AL

8. RESERVED FOR NUCC USE

CITY SEMMES | STATE AL

ZIP CODE 36575 | TELEPHONE (Include Area Code)

ZIP CODE 36575 | TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH | SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO | PLACE (State) AL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
LP

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 8/28/2019

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL. 439 | 15. OTHER DATE QUAL. 0621 2019 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? ☐ YES ☒ NO | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0 | 22. RESUBMISSION CODE ORIGINAL REF. NO.

A. LS63.522D  B. LS43.52XD  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 26 19 08 26 19 | 11 | | 99214 | AB | 236 00 | 1 | | ZZ NPI | 207X00000X 1578563938 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO | 28. TOTAL CHARGE $ 236 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ANDRE J FONTANA MD
SIGNED   8/28/2019   DATE

32. SERVICE FACILITY LOCATION INFORMATION
AOC MAIN OFFICE
3610 SPRINGHILL MEMORIAL DRI
MOBILE AL 366081162

33. BILLING PROVIDER INFO & PH # (251) 410-3600
ALABAMA ORTHOPAEDIC CLINIC PC
3610 SPRINGHILL MEMORIAL DR N
MOBILE AL 366081162
1306846654



LP
3610 SPRINGHILL MEMORIAL DRIVE N

MOBILE AL 36608

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA                           PICA ☐

| 1. | MEDICARE ☐ | MEDICAID ☐ | TRICARE ☐ | CHAMPVA ☐ | GROUP HEALTH PLAN ☐ | FECA BLK LUNG ☐ | OTHER ☒ | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**CASTRO THERESA**

3. PATIENT'S BIRTH DATE    SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**LP/**

5. PATIENT'S ADDRESS (No., Street)
**9085 HOWELL FERRY RD**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
**9085 HOWELL FERRY RD**

CITY **SEMMES**    STATE **AL**

8. RESERVED FOR NUCC USE

CITY **SEMMES**    STATE **AL**

ZIP CODE **36575**

ZIP CODE **36575**    TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH   SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☒ YES ☐ NO   PLACE (State) **AL**

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   *If yes, complete items 9, 9a, and 9d.*
**LP**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE **8/28/2019**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
QUAL. **439**   MM **06** DD **21** YY **2019**

15. OTHER DATE
QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DR ANDRE J FONTANA MD**
17a. 1G **C75368**
17b. NPI **1578563938**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. **0**

A. **S63.522D**   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 26 19 / 08 26 19 | 11 | | L3908 LT | A | 62 00 | 1 | | ZZ / NPI | 207X00000X / 1578563938 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES ☐ NO

28. TOTAL CHARGE $ **62 00**

29. AMOUNT PAID $ **0 00**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**ANDRE J FONTANA MD**
SIGNED   **8/28/2019**

32. SERVICE FACILITY LOCATION INFORMATION

33. BILLING PROVIDER INFO & PH #   **251 410-3600**
**ALABAMA ORTHOPAEDIC CLINIC PC**
**3610 SPRINGHILL MEMORIAL DR N**
**MOBILE AL 366081162**
a. **1306846654**   b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



                                        LP
                                        3610 SPRINGHILL MEMORIAL DRIVE N

# HEALTH INSURANCE CLAIM FORM          MOBILE AL 36608

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

┌─ PICA                                                                    PICA ─┐

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| [ ] (Medicare#) [ ] (Medicaid#) [ ] (ID#/DoD#) [ ] (Member ID#) [X] (ID#) [ ] (ID#) [ ] (ID#) | ████████████ |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| CASTRO THERESA | ████████ 3 M[ ] F[X] | LP/ |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 9985 HOWELL FERRY RD | Self[ ] Spouse[ ] Child[ ] Other[ ] | 9985 HOWELL FERRY RD |
| CITY  SEMMES  STATE AL | 8. RESERVED FOR NUCC USE | CITY  SEMMES  STATE AL |
| ZIP CODE 36575  TELEPHONE (Include Area Code) ████████ | | ZIP CODE 36575  TELEPHONE (Include Area Code) ████████ |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | a. EMPLOYMENT? (Current or Previous) YES[ ] NO[X] | a. INSURED'S DATE OF BIRTH MM DD YY  SEX M[ ] F[ ] |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | b. AUTO ACCIDENT? YES[ ] NO[X] PLACE (State) AL | b. OTHER CLAIM ID (Designated by NUCC) |
| b. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES[ ] NO[X] | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| c. RESERVED FOR NUCC USE | | LP |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES[ ] NO[X]  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE  DATE 9/13/2019 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  QUAL. | 15. OTHER DATE QUAL. 439  MM DD YY 0621 2019 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DN JARED L BURKETT MD | 17a. [ ] 17b. NPI 1417114570 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES[ ] NO[X]  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0 | | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|---|
| A. S63.015A  B.  C.  D. | E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | | |

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 09 11 19 | 09 11 19 | 11 | | 99204 | | A | 364 00 | 1 | | ZZ NPI | 207XS0106X 1417114570 |
| 09 11 19 | 09 11 19 | 11 | | 73110 | LT | A | 174 00 | 1 | | ZZ NPI | 207XS0106X 1417114570 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN[ ] EIN[X] | 26. PATIENT'S ACCOUNT NO. ████████7 | 27. ACCEPT ASSIGNMENT? YES[X] NO[ ] | 28. TOTAL CHARGE $ 538 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  JARED L BURKETT MD  SIGNED  9/13/2019 | 32. SERVICE FACILITY LOCATION INFORMATION  AOC MAIN OFFICE  3610 SPRINGHILL MEMORIAL DRI  MOBILE AL 366001162 | 33. BILLING PROVIDER INFO & PH # 251 410-3600  ALABAMA ORTHOPAEDIC CLINIC PC  3610 SPRINGHILL MEMORIAL DR N  MOBILE AL 366001162  1306046664 | | | |

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)