IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERESA CASTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 20-567 |
| ) | |
| WENDY'S OF BOWLING GREEN, ) | |
| INC.; CARLISLE CORPORATION, ) | |
| et. al. ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE STATEMENT**

Come now Carlisle Corporation, now known as Carlisle, LLC, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

| Reportable Entity | Relationship to Party |
|---|---|
| Chancellor G. Carlisle | Member and manager of Carlisle, LLC |
| Gene D. Carlisle Family Trust f/b/o Chancellor G. Carlisle | Member of Carlisle, LLC |
| 245 Carlisle Hotel Company, LLC | Wholly owned subsidiary of Carlisle, LLC |
| 245 Front Street Hotel Company, LLC | 50% owned subsidiary of 245 Carlisle Hotel Company, LLC |
| 33 Beale Street Hotel Company, LLC | 50% owned subsidiary of Carlisle 33 Beale, LLC |

{B1291733.4}

| Reportable Entity | Relationship to Party |
|---|---|
| 7V Devco, LLC | Wholly owned subsidiary of Carlisle, LLC |
| Carlisle 33 Beale, LLC | Wholly owned subsidiary of Carlisle, LLC |
| Carlisle Development Company, LLC | Wholly owned subsidiary of Carlisle, LLC |
| Carlisle Investments, LLC | Wholly owned subsidiary of Carlisle, LLC |
| Carlisle Midtown LLC | Wholly owned subsidiary of Carlisle, LLC |
| Carlisle Rye Investments LLC | 50.63% owned subsidiary of WENAC LLC |
| CCS1, Inc. | Wholly owned subsidiary of Carlisle, LLC |
| Front Street Devco, LLC | Wholly owned subsidiary of Carlisle, LLC |
| One Beale, LLC | Wholly owned subsidiary of Carlisle, LLC |
| RCM Devco LLC | Wholly owned subsidiary of Carlisle, LLC |
|  |  |
| The Landing Investors, LLC | 82.2% owned subsidiary of Carlisle, LLC |
| The Landing Residences, LLC | Wholly owned subsidiary of The Landing Investors, LLC |
| WENAC LLC | 97.5% owned by Carlisle, LLC; 2.5% owned by Chancellor G. Carlisle |
| Wendelta Property Holdings, LLC | Wholly owned subsidiary of Carlisle, LLC |
| Wendelta, Inc. | Wholly owned subsidiary of Carlisle, LLC |
| Lyfe Kitchen Companies, LLC | Inactive – Wholly owned subsidiary of Carlisle, LLC |
| Lyfe Kitchen Restaurant, LLC | Inactive – Wholly owned subsidiary of Carlisle Investments, LLC |

| Reportable Entity | Relationship to Party |
|---|---|
| Carlisle Family Chisca Investors, LLC[1] | Managed Affiliate of Carlisle, LLC |
| Chisca Manager, LLC[1] | Managed Affiliate of Carlisle, LLC |
| Chisca Master Tenant, LLC[2] | Managed Affiliate of Chisca Manager, LLC |
| Main Street Apartment Partners, LLC[2] | Managed Affiliate of Chisca Manager, LLC |
| The Landing Condominium Association, Inc.[1] | Managed Affiliate of Carlisle, LLC |
| Realty VANC, LLC[1] | Managed Affiliate of Carlisle, LLC |

/s/Winston R. Grow
WINSTON R. GROW (GROWW8522)
Attorney for Defendant Wendelta, Inc. and Carlisle Corporation

CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP
P. O. Box 2906
Mobile, AL 36652
(251) 415-7300
(251) 415-7350 (Fax)
email: wrg@cabaniss.com

---

[1] The manager of this entity is Carlisle, LLC.
[2] The manager of this entity is Chisca Manager, LLC.

{B1291733.4}

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Kirby D. Farris, Esq.
kfarris@frplegal.com

Jessica M. Zorn, Esq.
jzorn@frplegal.com

I also placed a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Wendy's of Bowling Green, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL  36104

                              /s/Winston R. Grow